**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ALEXANDER ORDUNA,                    No. C-11-0080 MMC

12            Plaintiff,               **ORDER CONTINUING CASE**
                                       **MANAGEMENT CONFERENCE**
13       v.

14   ST. ANTHONY'S FOUNDATION,

15            Defendant.
     _____/

16

17        Defendant having informed the Court by letter filed May 17, 2011 that the above-

18   titled matter has been settled, and having requested a continuance of the Case

19   Management Conference for purposes of finalizing said settlement, the Case Management

20   Conference is hereby CONTINUED from May 20, 2011 to June 24, 2011, at 10:30 a.m.  A

21   Joint Case Management Statement shall be filed no later than June 17, 2011.

22        **IT IS SO ORDERED.**

23

24   Dated:  May 18, 2011

                                       _____
25                                     MAXINE M. CHESNEY
                                       United States District Judge
26

27

28