1  MELYNNIE A. RIZVI (SBN: 225591)
      E-Mail: Rizvi@lbbslaw.com
2  HILARY A. DINKELSPIEL (SBN: 258855)
      E-Mail: dinkelspiel@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   ST. ANTHONY FOUNDATION
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 | ALEXANDER ORDUNA, | CASE NO. 3:11-cv-00080 MMC |
|---|---|---|
| 12 | Plaintiff, | ORDER APPROVING |
| 13 | v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 14 | ST. ANTHONY'S FOUNDATION, | |
| 15 | Defendant. | ACTION FILED: January 7, 2011 |

16

17     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby jointly stipulate
18  to the dismissal of this action with prejudice. Each party will bear their own attorney's fees and
19  costs.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  FOR PLAINTIFF

2

3  */s/ Alexander Orduna*                                  06-14-11
   Alexander Orduna                                          Date
4  201 Turk Street, Apt. 211
   San Francisco, CA 94102
5  Tel: 415-885-1374

6

7  LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9
   */s/ Melynnie A. Rizvi*                                  6/15/11
10 Melynnie A. Rizvi                                          Date
   Hilary A. Dinkelspiel
11 Attorneys for Defendant
12 ST. ANTHONY FOUNDATION

13

14

15

16 IT IS SO ORDERED

17

18 */s/ Maxine M. Chesney*
19 MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE
20

21
   Dated: June 16, 2011
22

23

24

25

26

27

28

---

2                                                     3:11-cv-00080 MMC
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE